No. 12–8529.  SYKES *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 12–8532.  COTA-BECERRA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 12–8533.  CIRESI *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 12–8535.  MARMOLEJO *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 12–8541.  LEWIS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 12–8546.  NATSON *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 12–8550.  LEWIS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 12–8553.  BROWN *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 12–8557.  BARREN, AKA JONES, AKA HUTCHINS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 12–8558.  PETTIGREW *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 12–8559.  PEGESE *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 12–8560.  MURPHY *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 12–8562.  DOWNS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 12–8563.  JACKSON *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 12–8566.  MATIAS *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 12–8570.  WASHINGTON *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.